

FILED
DEC 10 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. JACKIO,<br><br>Plaintiff,<br><br>v.<br><br>M.Z. LAMEER, et al.,<br><br>Defendants. | Case No. 1:19-cv-00080-AWI-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE LAWRENCE L. JACKIO, CDCR #AB-2494 |

A settlement conference in this matter commenced on December 10, 2019. Inmate Lawrence L. Jackio, CDCR #AB-2494 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATE: 12/10/19

UNITED STATES MAGISTRATE JUDGE

1